UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

      **Plaintiff,**

**v.**                                 **Case No.  6:24-cv-433-CEM-RMN**

**ALL AMERICAN OIL LLC and
KIYAAN & SHRINATHJI2 LLC,**

      **Defendants.**

_____/

### ORDER

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 13), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b).

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record